AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

**FILED**

JUL - 7 2011

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4-11-70740-MAG |
| | ) | |
| ERIC A. BARNETT | ) | Charging District:   Western Dist. of Pennsylvania, Pittsburgh |
| _____ | ) | Charging District's Case No.  2:09-cr-105 |
| *Defendant* | ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  U.S. District Court, Western Dist. of Pennsylvania United States Post Office and Courthouse 700 Grant Street, Room 3110 Pittsburgh PA 15219-1906 | Courtroom No.:   (TBA) bef. the Gen. Duty Mag. Judge |
| | Date and Time:  On or bef. July 29, 2011 |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  7/7/11

_____
*Judge's signature*

**DONNA M. RYU, United States Magistrate Judge**
*Printed name and title*

cc:  Copy to parties via ECF, Pretrial Services, 2 Certified copies to the US Marshal, Financial/Odile